# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| v. | ) No. 24-5674 |
| | ) |
| **Patrick Dewayne Smith** | ) |

## STATUS REPORT

The United States, by and through undersigned counsel, hereby files a report on the status of *United States v. Bricker*, No. 24-3286, *United States v. McHenry*, 24-3289, and *United States v. Orta*, No. 24-5182, in compliance with this Court's Order. (R. 8-2). As the United States noted in its motion to hold the instant case in abeyance, the precise question in this appeal—whether the district court committed a legal error in rejecting the United States' position that § 1B1.13(b)(6) is invalid under this Court's decision in *United States v. McCall*, 56 F.4th 1048 (6th Cir. 2022) (en banc), and exceeds the Sentencing Commission's congressionally delegated authority—is currently pending before a panel of this Court in *Bricker*, *McHenry*, and *Orta*. The Court held a consolidated oral argument in *Bricker*, *McHenry*, and *Orta* on October 31, 2024, but it has not yet issued a decision. The United States will continue to update the Court about the status of *Bricker, McHenry*, and *Orta* in compliance with this Court's Order. (R. 8-2).

        Respectfully submitted,

        THOMAS J. JAWORSKI
        Acting United States Attorney for the
        Middle District of Tennessee

        *s/ Rascoe Dean*
        Rascoe Dean
        Assistant United States Attorney
        719 Church Street, Suite 3300
        Nashville, Tennessee 37203
        615-736-5151

## Certificate of Service

I hereby certify that on December 2, 2024, a true and exact copy of the foregoing document was sent via the Court's electronic filing system to:

William Gilbert Allensworth
Assistant Federal Public Defender
Office of the Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203

        *s/ Rascoe Dean*
        Rascoe Dean
        Assistant United States Attorney